UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PROTECT THE PUBLIC'S TRUST, | **)**<br>**)**<br>**)** |  |
| *Plaintiff*, | **)**<br>**)** |  |
| v. | **)**<br>**)** | Civil Action No. 24-0216 (SLS) |
| U.S. FOOD AND DRUG<br>ADMINISTRATION, | **)**<br>**)**<br>**)** |  |
| *Defendant*. | **)**<br>**)**<br>**)** |  |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.


Dated: June 30, 2026                    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  */s/ James. E Trainor III (By*          By: */s/ Samuel G. Settle*
*Permission)*                                     SAMUEL G. SETTLE
     JAMES E. TRAINOR III                     Assistant United States Attorney
     Dhillon Law Group, Inc.                   601 D Street, N.W.
     2121 Eisenhower Avenue,                  Washington, DC 20530
     Suite 608                                    (202) 252-7705
     Alexandria, VA 22314                       samuel.settle@usdoj.gov
     (415) 433-1700
     JTrainor@DhillonLaw.com              *Attorneys for the United States of America*


*Counsel for Plaintiff*